## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

ANN SAUTER                                    *

       Plaintiff,                           *

v.                                            *          Civil Action: 1:94-cv-02424

BAIRNCO CORPORATION, et al                    *

       Defendants.                         *

*        *        *        *        *        *        *        *        *        *        *        *

## NOTICE OF WITHDRAWAL

      Please withdraw the appearance of Paul H. Aloe on behalf of Defendant Rapid-American Corporation, in the above-referenced action. Stephen A. Marshall and Sonnenschein, Nath & Rosenthal LLP, and M. King Hill and Venable LLP, will continue to appear on behalf of Defendant Rapid-American Corporation and receive notice of all pleadings, in the above-reference action.

      Respectfully Submitted,

      */s/ Paul H. Aloe* _____ ____
      Paul H. Aloe
      KUDMAN TRACHTEN LLP
      350 Fifth Avenue, Suite 4400
      New York, New York 10118
      212-868-1010
      paloe@kudmanlaw.com

      */s/ Stephen A. Marshall* _____ ____
      Stephen A. Marshall
      SONNENSCHEIN, NATH & ROSENTHAL, LLP
      1221 Avenue of the Americas, 25th Floor
      New York, New York 10020-1089
      212-768-6700
      smarshall@sonnenschein.com

*/s/ M. King Hill, III*
M. KING HILL, III
Venable LLP
210 Allegheny Avenue
P.O. Box 5517
Towson, MD 21285-5517
(410) 494-6200
mkhill@venable.com

*Attorneys for Rapid-American Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of June, 2007, a copy of the foregoing Notice of Withdrawal was electronically filed and served on all counsel of record, pursuant to Local Rule of Civil Procedure 102.


*/s/ M. King Hill, III*
M. KING HILL, III


246684